```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>                                  )<br>                                  )<br>JUAN LUIS QUINTERO-PIMENTEL,      )<br>                                  )<br>                                  )<br>                                  )<br>            Defendant.            )<br>_____) | 1:11-cr-00358 AWI<br><br><br><br>STIPULATION TO<br>CALENDAR MATTER BEFORE<br>BEFORE THE HONORABLE ANTHONY<br>W. ISHII |

Defendant, by and through his attorney, CARL M. FALLER, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to set the above-captioned matter for a change of plea before this Court on

////

////

////

1

May 14, 2012, at 10:00 and vacate his status conference before Judge Dennis L. Beck at 1:00 p.m.

DATED: May 14, 2012                    Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                By: /s/ Karen A. Escobar
                                                   KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

                                                /s/ Carl M. Faller
                                                CARL M. FALLER
                                                Attorney for Defendant
                                                Juan Luis Quintero-
                                                Pimentel

<u>O R D E R</u>

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the above-captioned matter shall be set for a change of plea before this Court on May 14, 2012, at 10:00 and that his status conference before Judge Dennis L. Beck on that date shall be vacated.

IT IS SO ORDERED.

Dated:    May 10, 2012                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

2