```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-cr-00358 AWI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO |
| | ) | CALENDAR MATTER BEFORE |
| | ) | BEFORE THE HONORABLE ANTHONY |
| | ) | W. ISHII |
| JUAN LUIS QUINTERO-PIMENTEL, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, by and through his attorney, CARL M. FALLER, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to set the above-captioned matter for a change of plea before this Court on

////

////

////

1

May 14, 2012, at 10:00 and vacate his status conference before Judge Dennis L. Beck at 1:00 p.m.

DATED: May 14, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant
Juan Luis Quintero-Pimentel

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the above-captioned matter shall be set for a change of plea before this Court on May 14, 2012, at 10:00 and that his status conference before Judge Dennis L. Beck on that date shall be vacated.

IT IS SO ORDERED.

Dated:     May 10, 2012                              
                                    CHIEF UNITED STATES DISTRICT JUDGE

2